**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALEXANDER CHMIELESWKI,**

      **Plaintiff,**

**v.**                           **Case No: 6:24-cv-1490-PGB-LHP**

**CLARITY SERVICES, INC.,**

      **Defendant.**

**ORDER**

This case is before the Court upon periodic review. On August 29, 2024, the Court issued an Order (Doc. 10) directing counsel to file a Corporate Disclosure Statement using the form provided in Local Rule 3.03 within seven (7) days of the Order. The Court advised Plaintiff that failure to timely comply with the Order would result in a dismissal of the case without prejudice and without further notice. To date, Plaintiff has failed to file a Corporate Disclosure Statement in compliance with Local Rule 3.03, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida, this 9th day of September 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party